IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WESLEY EUGENE WASHINGTON,

        Petitioner,                     No. CIV S 01-2397 JAM KJM P

    vs.

DIANE BUTLER,

        Respondent.             <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's denial of his application for a writ of habeas corpus (doc. no. 15).  Before petitioner can appeal this decision, a certificate of appealability must issue.  28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

/////

/////

1   For the reasons set forth in the magistrate judge's findings and recommendations
2   (doc. no. 13), petitioner has not made a substantial showing of the denial of a constitutional right.
3   Accordingly, a certificate of appealability should not issue in this action.
4   IT IS SO ORDERED.
5   DATED: July 21, 2008

  /s/ John A. Mendez
  UNITED STATES DISTRICT JUDGE

/